**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angel D Rodriguez, | No. CV-19-05433-PHX-GMS (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Soliz, et al., | |
| Defendants. | |

The Court has considered State Defendants' Motion to Seal Exhibit A to Doc. 120 (Doc. 123). Good cause appearing,

IT IS ORDERED granting the Motion to Seal (Doc. 123).

IT IS FURTHER ORDERED directing the Clerk of the Court to seal Exhibit A (Doc. 120-1) to the "Motion for Extension of Time File Joint Motion to Amend Scheduling Order Pursuant to Order [Doc. 114]" (Doc. 120).

Dated this 25th day of November, 2020.

Honorable Eileen S. Willett
United States Magistrate Judge